# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,  )
                                         Plaintiff,  )
                                                 )  Case No.: 2:22-cr-276-JAD-NJK
vs.  )
                                                 )
RICARDO GARCIA-BUENO,  )
                                        Defendant.  )

## ORDER SUBSTITUTING COUNSEL

IT IS HEREBY ORDERED that YI LIN ZHENG, Esq. and ANDREW WONG, Esq. of Vegas Golden Law are substituted as counsel for RICARDO GARCIA-BUENO in place of the FEDERAL PUBLIC DEFENDER for all future proceedings.

DATED this 30th day of June, 2023.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE